[No. 29866-0-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE HARRISON LANGFORD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03458-0, Kathryn J. Nelson, J., entered January 10, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J. Pro Tem.; Armstrong, J., concurring in the result only.

[No. 29970-4-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL E. JEPSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02882-1, Sergio Armijo, J., entered February 19, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Seinfeld, J. Pro Tem.

[No. 30053-2-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MATHEW G. BOWCUTT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00402-4, James B. Sawyer II, J., entered February 11, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Kennedy and Armstrong, JJ.

[No. 30172-5-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELE RENE GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04598-9, Ronald E. Culpepper, J., entered March 24, 2003. *Reversed* by unpublished opinion per Seinfeld, J. Pro Tem., concurred in by Kennedy and Armstrong, JJ.